UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DACIA MUNN,

    Plaintiff,

v.                                              Case No. 8:22-cv-0777-KKM-JSS

PHOENIX FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## ORDER

    The Court has been advised by a Notice of Settlement (Doc. 25.) that the parties have reached a settlement in this action. Accordingly, consistent with Local Rule 3.09(b), the Court orders that this case is **dismissed without prejudice,** subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on August 19, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge